UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**SALLIE MAE, INC.,**
**Plaintiff**

**v.**                                                                                          **CIVIL NO. 05-1419(DRD)**

**GLYINIS D. DIAZ,**
**Defendant**

| MOTION | RULING |
|---|---|
| **Date Filed:** 10/14/05<br>[X] **Plff**          [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** NOTICE OF DISMISSAL UNDER RULE 41(a)(1) OF F.R.C.P.<br><br>**DOCKET NO. 4** | **GRANTED**. Plaintiffs in the instant case filed a notice of voluntary dismissal. They request the Court to dismissed the herein case. Understanding that Fed.R.Civ.P. 41(a)(1) authorizes plaintiffs to request a voluntary dismissal by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment, and that defendant herein have done neither, the Court hereby **GRANTS** plaintiffs' request and **DISMISSES WITHOUT PREJUDICE** all claims against defendants.<br><br>Judgment will be issued accordingly. |

**Date**: October 17, 2005

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**